THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT

By: Honorable Susan V. Kelley
    United States Bankruptcy Judge

DATED:   March 10, 2011



## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| IN RE:  Mikaya N. Fields,<br>                    Debtor. | Case No. 10−27538−svk<br>Chapter 13 |

### ORDER DISMISSING CASE – CONFIRMED PLAN

    The above−named Debtor filed a petition under Chapter 13 of the Bankruptcy Code, commencing this bankruptcy case. The Chapter 13 plan was confirmed. The Chapter 13 Trustee filed a motion to dismiss the Debtor's case for failure to comply with the terms of the plan. In response to the motion to dismiss, the Court entered an order requiring the Debtor to make certain payments to the Trustee. The order provided that if the Debtor failed to comply with the order, the Debtor's case could be dismissed upon the affidavit of default of the Trustee. The Trustee has filed and served an affidavit of default stating that the Debtor failed to make the required payments. It is therefore,

        ORDERED:   that the Debtor's case is hereby dismissed, effective immediately; and it is further,

        ORDERED:   that the Trustee is authorized to distribute funds being held in this case to the creditors pursuant to the confirmed plan.

#####